Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT

United States Courts
Southern District of Texas
FILED

JAN 29 2026

Nathan Ochsner, Clerk of Court

for the

_____ District of _____

_____ Division

Catherine Lynn

_____
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

CCRTA

_____
Defendant(s)
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.) ① Erica Ochoa ② Ian O'Keefe.
③ Michael Ledesma ④ Angelina Gaitan
⑤ Shannon Dial ⑥ Jeremy Coleman

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. _____

(to be filled in by the Clerk's Office)

Jury Trial: (check one) ☐ Yes ☐ No

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name                Catherine Lynn
Street Address      3113 Seahawk Dr.
City and County     Corpus Christi (Nueces County)
State and Zip Code  Texas 78415
Telephone Number    361-429-3855
E-mail Address      Tparragrays@msn.com

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

    Name — Erica Ochoa

    Job or Title *(if known)*

    Street Address — 5658 Bear Ln.

    City and County — Corpus Christi (nueces)

    State and Zip Code — Tx. 78405

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 2

    Name — Michael Ledesma

    Job or Title *(if known)* — Director of Transportation

    Street Address — 5658 Bear Ln.

    City and County — Corpus Christi (nueces)

    State and Zip Code — Tx. 78405

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 3

    Name — Angelina Gaitan

    Job or Title *(if known)* — H.R. Dept

    Street Address — 5658 Bear Ln.

    City and County — Corpus Christi (nueces)

    State and Zip Code — Tx. 78405

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 4

    Name — Ian O'Keefe

    Job or Title *(if known)*

    Street Address — 5658 Bear Ln.

    City and County — Corpus Christi (nueces)

    State and Zip Code — Tx. 78405

    Telephone Number

    E-mail Address *(if known)*

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

#5    Defendant No.5

    Name        Shannon Dial

    Job or Title *(if known)*

    Street Address    5658 Bear Ln.

    City and County    Corpus Christi, (Nueces)

    State and Zip Code    Tx. 78405

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 6

    Name        Jeremy Coleman

    Job or Title *(if known)*    President of naacp/ City Board of Directors

    Street Address

    City and County    Corpus Christi, (Nueces)

    State and Zip Code    Tx.

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 7

    Name        Derrick Majchszak

    Job or Title *(if known)*    Ceo (CCRTA)

    Street Address    602 N. Staples St.

    City and County    Corpus Christi, (Nueces)

    State and Zip Code    Tx. 78401

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 8

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question            ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

a.    If the plaintiff is an individual

The plaintiff, *(name)* Catherine Lynia , is a citizen of the State of *(name)* Texas .

b.    If the plaintiff is a corporation

The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ , and has its principal place of business in the State of *(name)*

_____ .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

a.    If the defendant is an individual

The defendant, *(name)* _____ , is a citizen of the State of *(name)* _____ . Or is a citizen of *(foreign nation)* _____ .

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

b.      If the defendant is a corporation

The defendant, *(name)* _____ , is incorporated under

the laws of the State of *(name)* _____ , and has its

principal place of business in the State of *(name)* _____ .

Or is incorporated under the laws of *(foreign nation)* _____ ,

and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.      The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III.   Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought.  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

## IV.   Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    1-29-26

Signature of Plaintiff    _Catherine Lydia_

Printed Name of Plaintiff    _Catherine Lynn_

### B.    For Attorneys

Date of signing:    _____

Signature of Attorney    _____

Printed Name of Attorney    _____

Bar Number    _____

Name of Law Firm    _____

Street Address    _____

State and Zip Code    _____

Telephone Number    _____

E-mail Address    _____

United States Courts
Southern District of Texas
FILED

JAN 2 9 2026

Nathan Ochsner, Clerk of Court

Appendix A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
_____ DIVISION

Catherine Lydia                    §
                                   §
versus                             §          CIVIL ACTION NO. _____
                                   §
CCRTA                              §
                                   §
_____             §
_____             §

## EMPLOYMENT DISCRIMINATION COMPLAINT

1.  This action is brought under Title VII of the Civil Rights Act of 1964 for employment discrimination. Jurisdiction is conferred by Title 42 United States Code, Section § 2000e-5.

2.  The Plaintiff is: Catherine Lydia

    Address: 3113 Seahawk Dr.

    Corpus Christi, Tx. 78415

    County of Residence: Nueces

3.  The defendant is: CCRTA

    Address: 5658 Bear Lane

    Corpus Christi, Tx. 78405

☒   Check here if there are additional defendants. List them on a separate sheet of paper with their complete addresses.

4.  The plaintiff has attached to this complaint a copy of the charges filed on 7-18-25 with the Equal Opportunity Commission.

5.  On the date of 12-11-25, the plaintiff received a Notice of Right to Sue letter issued by the Equal Employment Opportunity Commission; a copy is attached.

1

6.    Because of the plaintiff's:

(a)    ☒    race

(b)    ☒    color

(c)    ☐    Sex

(d)    ☐    Religion

(e)    ☐    national orgin,

the defendant has:

(a)    ☐    failed to employ the plaintiff

(b)    ☒    terminated the plaintiff's employment

(c)    ☐    failed to promote the plaintiff

(d)    ☒    other: Did'nt Protect me, made Complaints + nothing was never done, + Lied on me, my life was in constant Danger.

7.    When and how the defendant has discriminated against the plaintiff:

Since my Hire Date with threats, Intimidation, Harassing me, Embaressing me in Front of my Classmates + Instructors.

8.    The plaintiff requests that the defendant be ordered:

(a)    ☒    to stop discriminating against the plaintiff

(b)    ☐    to employ the plaintiff

(c)    ☐    to re-employ the plaintiff

(d)    ☐    to promote the plaintiff

(e)    ☐    to Repercussions For Upper Manacent ACTions,

2

+ Monetary Compensation For emotional Distress
+ Violating my civil Rights with lies _____ and that;

(f)  ☒  the Court grant other relief, including injunctions, damages, costs and

attorney's fees.

*Catherine Lydia*

(Signature of Plaintiff)

Address:        3113 Seahawk Dr.
                Corpus Christi, Tx.
                                78415

Telephone:      361-429-3855

3

Appendix B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
_____ DIVISION

Catherine Lydia
_____                §
                                        §
versus                                  §        CIVIL ACTION NO. _____
                                        §
_____                §
_____                §
_____                §
                                        §

ORIGINAL COMPLAINT

1

RECEIVED

DEC 0 8 2025

I kept Parking there by the Camera's instead
of the back where she told me to.
Then she humiliated me in Front of my whole
class & Trainer & I Damned near cried but I
did'nt give her the satisfaction & waited til
I was outside to cry.
She constantly threaten me About my Job.
The Director Michael Ledesma & Erica Ochoa
Are Friend that work & hang out At the
bars & drink Together so whatever she says
is what he goes with.
Ms. Ochoa gave me the most Dangerous
Routes with no security or police to
Protect me. My husband & son would
meet me At my Routes To make sure I
was okay. I was the only Black Female
Driver out there by my self & when I
would Report A incidiant I was told to
keep Driving.
On June 20,2025 I reported a guy
smoking on the bus, was told to keep
driving, on June 22,2025 I Reported A
passenger threating me, I was told to
keep driving. I Did curse these 2
passengers out because they have been
threating me since Jan 2025, nobody did
nothing to help me. I made A mistake &
Called in to check on the 2 Inquiries that
happened in June, which was July 2025.
I was told to come into Pan Okeefe office
& erica was there & told I was being put on
administreave leave til Further Investigation

RECEIVED

DEC 08 2025

It happened In June + I was told to keep picking these guys up, one of the guys was bamming on my door with a gun, I called + me Ian said I had to pick him up + this was in July.

The Time Frame From the 2 Incidents June to July shows they clearly never had any intentions to to look at the videos except when I refused to pick this man up with the gun.

I Also have concerns about the President of the NAACP being on the board of CCRTA + his Assistant Referring me to a EEOC ~~officer~~ employee whos name I will not mention.

I Am Representing my self + I need ASAP a mediation Date or a letter/notice For a Right to Sue.

Thank you

Catherine Syglia

Additional Defendents

1. Erica Ochoa
   5658 Bear Ln.
   Corpus Christi, Tx. 78405

2. Michael Ledesma
   5658 Bear Ln.
   Corpus Christi, Tx. 78405

3. Ian O'Keefe
   5658 Bear Lane
   Corpus Christi, Tx. 78405

4. Angelina Gaitan
   5658 Bear Ln.
   Corpus Christi, Tx. 78405

5. Shannon Dial
   5658 Bear Ln.
   Corpus Christi, Tx. 78405

6. Jeremy L. Coleman
   P.O. Bx 60715
   Corpus Christi, Tx. 78466

7. Derrick Mauchszak
   602 n. Staples St.
   Corpus Christi, Tx. 78401